## PIERCE v. STATE.
### No. 25168.

Court of Criminal Appeals of Texas.
Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for theft with a penalty of four years in the penitentiary.

The record brought forward contains neither a statement of facts nor bill of exceptions. The proceedings appear regular and no question is presented for our consideration.

The judgment of the trial court is affirmed.

## PIERCE v. STATE.
### No. 25169.

Court of Criminal Appeals of Texas.
Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

Appellant pleaded guilty before the court following waiver of a jury trial, and appeals from a judgment assessing a four year term in the penitentiary for the offense of receiving stolen property of the value of $50 or more.

The proceedings appear to be regular, and no bills of exception or statement of facts are found in the record.

The judgment is therefore affirmed.

Opinion approved by the Court.